IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARTIE JAMES COLLIER, 191793 ) | |
| ) | |
| ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CASE NO: 3:19-cv-2-ECM |
| ) | |
| PATRICE RICHIE. *et al.*, ) | |
| ) | |
| ) | |
| Respondents. ) | |

**NOTICE OF APPEARANCE**

Comes now the undersigned, Stephen N. Dodd and enters his notice of appearance for the Respondents in the above-styled cause as counsel of record for the State of Alabama.

Respectfully submitted,

Steve Marshall
*Attorney General*
By -


/s/Stephen N. Dodd
Stephen N. Dodd
*Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: Artie Collier, AIS# 191793, Bullock Correctional Facility, P.O. Box 5107, Union Springs, AL 36089-5107.

/s/ Stephen N. Dodd
STEPHEN N. DODD
*Assistant Attorney General*
Attorney for Respondents
Alabama Attorney General's Office
501 Washington Avenue
Montgomery, AL  36130
Telephone: 334-242-7300
Fax:         334-242-2848
E-mail:     docketroom@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
501 Washington Avenue
Montgomery, AL  36130
Phone:    (334) 242-7300
Fax:       (334) 242-2848
Email:    docketroom@ago.state.al.us

2572033/206334-001