IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARTIE JAMES COLLIER, # 191793, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>PATRICE RICHIE, et al., )<br>)<br>Respondents. ) | CASE NO. 3:19-CV-2-RAH-KFP |

**ORDER**

On February 11, 2022, the Magistrate Judge filed a Recommendation (Doc. 17) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. 17) is ADOPTED; and

(2) This case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE, on this the 30th day of March, 2022.

                                         /s/ R. Austin Huffaker, Jr.
                                         R. AUSTIN HUFFAKER, JR.
                                         UNITED STATES DISTRICT JUDGE